NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. BECKER,**

*Petitioner*

v.

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2023-1102

---

Petition for review of the Merit Systems Protection Board in No. DA-3443-16-0064-I-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination,

IT IS ORDERED THAT:

(1) The petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

2                                                    BECKER v. MSPB

(2) All pending motions are denied as moot.

FOR THE COURT

January 20, 2023
         Date                          /s/ Peter R. Marksteiner
                                       Peter R. Marksteiner
                                       Clerk of Court

**ISSUED AS A MANDATE:** January 20, 2023